**Jose Guadalupe MENDOZA–MARIN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–73747.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

April 11, 2014.

Nikhil M. Shah, I, Esquire, General, Law Offices of Nikhil M. Shah, Los Angeles, CA, for Petitioner.

James Arthur Hunolt, Senior Litigation Counsel, OIL, U.S. Department Of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Jose Guadalupe Mendoza–Marin, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

and review de novo questions of law. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Mendoza–Marin's motion to reopen where he failed to establish prejudice arising from any alleged ineffective assistance by his former attorneys. *See id.* at 793–94 ("[P]rejudice results when the performance of counsel was so inadequate that it *may* have affected the outcome of the proceedings." (emphasis in original) (internal quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

